IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 2:06-CV-00037-D

| | |
|---|---|
| JOHNNIE LEE BOONE, )<br>Plaintiff )<br>)<br>v. )<br>)<br>WEYERHAEUSER COMPANY, )<br>Defendant ) | STIPULATION OF DISMISSAL PURSUANT<br>TO RULE 41(a)(1)(ii) |

NOW COMES Plaintiff, Johnnie L. Boone and Defendant, Weyerhaeuser Company, pursuant to Rule 41(a)(1)(ii), FRCP, and file this Stipulation of Dismissal by which the Plaintiff dismisses Defendant Weyerhaeuser Company with prejudice.

This the __1st__ day of ~~June,~~ August 2007.

*[signature]*
Johnnie Lee Boone
Pro-Se Plaintiff
205 Hampton Drive
Plymouth, NC 27962
Telephone: (252) 793-6849

*[signature]*
M. Daniel McGinn, Esq.
N.C. State Bar I.D. No. 5051
Nicole A. Crawford, Esq.
N.C. State Bar I.D. No. 31466
BROOKS, PIERCE, McLENDON,
   HUMPHREY & LEONARD, LLP
Post Office Box 26000
Greensboro, NC 27420
Telephone: 336-373-8850
*Attorneys for Defendant*
*Weyerhaeuser Company*